IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES D. JONES,<br><br>          Petitioner,<br><br>    vs.<br><br>WARDEN, WESTMORELAND COUNTY PRISON; and DISTRICT ATTORNEY OF WESTMORELAND COUNTY, PENNSYLVANIA,<br><br>          Respondents. | 2:25-CV-536<br><br>Hon. J. Nicholas Ranjan<br><br>Magistrate Judge Kezia O. L. Taylor |

## MEMORANDUM ORDER

*Pro se* Petitioner Charles Jones filed a petition for writ of habeas corpus (ECF 6) challenging the Westmoreland County Court of Common Pleas' order that revoked his parole and sentenced him to serve the remainder of his original 23-month term. *See* Docket at 42, *Commonwealth v. Jones*, No. CP-65-CR-0003118-2022 (Westmoreland County Court of Common Pleas 2022) ("Order - Parole Revocation Sentence/Penalty Imposed," May 23, 2025). The matter was referred to Magistrate Judge Kezia O. L. Taylor for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation (ECF 17) filed by Judge Taylor on January 8, 2026. Judge Taylor recommended that the Court dismiss Mr. Jones's petition on two alternative grounds. First, Mr. Jones procedurally defaulted his claims by failing to exhaust available state court remedies as required by 28 U.S.C. § 2254(b). Second, his claims lack merit. The parties were notified that objections to the Report & Recommendation were due by January 26, 2026. No party has filed objections.

Upon a review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

AND NOW, this 6th day of March, 2026, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE.** The Report & Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:
Charles D. Jones
2788-25
Westmoreland County Prison
3000 S. Grande Blvd.
Greensburg, PA 15601